## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**MIKE LE'DANTE MARSHALL, SR.**                              **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 3:08CV-P357-H**

**1st OFFICER GRAHAM** *et al.*                                 **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*

4412.008